ORDER OF RAILWAY CONDUCTORS
AND BRAKEMEN ET AL. *v.*
UNITED STATES ET AL.

No. 1093.   Decided June 12, 1967.

*Harry Wilmarth* for appellants.

*Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Robert W. Ginnane* and *Betty Jo Christian* for the United States et al., and *Robert H. Bierma* and *David L. Wilson* for appellee Pennsylvania Railroad Co.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

MR. JUSTICE BLACK is of the opinion that probable jurisdiction should be noted and the case set for oral argument.